# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAY EDWARD LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S. SHIESHA, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-00076-MJS (PC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR STATUS**<br><br>**(ECF No. 26)** |

　　　　Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. On October 22, 2013, the action was dismissed without prejudice for Plaintiff's failure to obey the Court's order and failure to prosecute.

　　　　On February 18, 2014, Plaintiff filed a change of address and requested a status update. (ECF No. 26.)

　　　　The status is as described above: The action has been dismissed and the case closed. It will remain closed unless a motion for relief from judgment is filed and granted in accordance with Federal Rule of Civil Procedure 60.

　　　　Plaintiff's request for status (ECF No. 26) is GRANTED. The foregoing advises him of the status of this case.

IT IS SO ORDERED.

Dated:　February 24, 2014　　　　　　　／s／ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28